UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-229-FL-1

UNITED STATES OF AMERICA

v.                                          ORDER TO SEAL

BRANDAN LAMONT RUFFIN

On motion of the Defendant, Brandan Lamont Ruffin, and for good cause shown, it is hereby ORDERED that docket entry #32 be sealed until further notice by this Court to protect defendant's personal and confidential information.

Accordingly, it is ORDERED that docket entry #32 be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office ,United States Probation and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This  15th day of February, 2018.

_____
LOUISE W. FLANAGAN
United States District Court Judge

-1-